IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| DAD PINION and )<br>RICKY LANDRUM, )<br>)<br>  Plaintiffs, )<br>)<br>v. )<br>)<br>MARK ROBINSON and EXTREME )<br>SURFACE CLEANING, LLC, )<br>)<br>  Defendants. ) | CIVIL ACTION FILE<br><br>NUMBER 3:12-cv-144-TCB |

O R D E R

This case comes before the Court on Plaintiffs' motion for default judgment under Federal Rule of Civil Procedure 55(b)(2) [9]. "Prior to obtaining a default judgment under either Rule 55(b)(1) or Rule 55(b)(2), there must be an entry of default as provided by Rule 55(a)." 10A CHARLES ALAN WRIGHT, ARTHUR R. MILLER & MARY KAY KANE, FEDERAL PRACTICE AND PROCEDURE § 2682 (3d ed. 1998). Plaintiffs have not obtained an entry of default; however, that is precisely what their motion requests. Therefore, the Court will construe it as a motion for entry of default under Rule 55(a).

"The fact that Rule 55(a) gives the clerk authority to enter a default is not a limitation on the power of the court to do so." *Id.* However, the Rule requires that a defaulting party's failure to plead or otherwise defend be shown "by affidavit or otherwise." Plaintiffs have failed to submit an affidavit or other competent evidence showing that Defendant Extreme Surface Cleaning, LLC has failed to plead or otherwise defend. Therefore, their motion for entry of default [9] is DENIED WITH LEAVE TO REFILE.

IT IS SO ORDERED this 23rd day of January, 2013.

_____
Timothy C. Batten, Sr.
United States District Judge